The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA EDDY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEWSBANK, INC. d/b/a GENEALOGYBANK,<br><br>Defendant. | No. 2:26-cv-03277-TL<br><br>**STIPULATED MOTION AND ORDER REGARDING REMAND BRIEFING AND MOTION TO DISMISS DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 29, 2026** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Barbara Eddy and Defendant NewsBank, Inc. d/b/a GenealogyBank (together, the "Parties"), by and through their counsel of record, hereby stipulate to extend the Parties' motion to dismiss opposition and reply deadlines and set briefing schedules.

Plaintiff in this case brought a putative class action in King County Superior Court for alleged violations of Washington's Commercial Electronic Mail Act ("CEMA"). Dkt. 3-2. Defendant removed this action to this Court on September 11, 2026. Dkt. 1.

On September 17, 2026, the Parties filed a Stipulated Notice extending Defendant's deadline to respond to the Complaint to October 19, 2026, and agreeing that, if Defendant filed a motion in response to the Complaint, Plaintiff would have 30 days to file an opposition and Defendant would have 21 days thereafter to file a reply. Dkt. 9. Defendant filed a motion to dismiss or stay on October 19, 2026. Dkt. 11.



**Dovel & Luner, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Phone: (310) 656-7066

The Parties are aware that this Court has recently issued orders to show cause in other CEMA cases. *See, e.g.*, *Erwin v. Williams-Sonoma Inc.*, No. 2:26-cv-01310-TL, Dkt. 37 (July 9, 2026); *Bumpas v. Lane Bryant Brands Opco LLC*, No. 2:26-cv-00332-TL, Dkt. 24 (July 9, 2026); *Bennett v. Footwear Unlimited Inc.*, No. 2:26-cv-00822-TL, Dkt. 39 (July 9, 2026). Counsel for Plaintiff has informed Defendant that Plaintiff intends to file a motion to remand the above-referenced matter to state court for lack of subject matter jurisdiction in the event the Court does not first issue an order to show cause related to the Court's jurisdiction.

The Parties agree that, for judicial efficiency, any such order to show cause or motion to remand should be resolved before the motion to dismiss.

The Parties, therefore, hereby stipulate that Plaintiff's deadline to oppose the motion to dismiss be extended until 30 days after the Court enters its order on either an order to show cause or a motion to remand, and that Defendant's deadline to reply in support of the motion to dismiss be extended until 51 days after the Court enters such an order.

In the event the Court does not issue an order to show cause by November 3, 2026, the Parties hereby further stipulate to the following briefing schedule for Plaintiff's motion to remand, which is based on Local Civil Rule 7(d)(4), but adjusted to account for the intervening winter holidays:

| Deadline | Date |
|---|---|
| Plaintiff's Deadline to File Motion to Remand | November 13, 2026 |
| Defendant's Deadline to File Opposition | December 14, 2026 |
| Plaintiff's Deadline to File Reply | January 11, 2027 |
| Noting Date for Plaintiff's Motion to Remand | January 11, 2027 |

Good cause exists for this requested extension. The action was originally filed in the King County Superior Court and was removed to this Court on September 11, 2026. The Parties then filed a stipulated notice extending the response deadline by about four weeks to October 19, 2026. It is in the interest of judicial economy to resolve either an order to show cause or motion to remand



**Dovel & Luner, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Phone: (310) 656-7066

before proceeding with the litigation. In the event the Court does not issue an order to show cause, Plaintiff will require time to prepare a motion to remand and the Parties require time to brief the motion over the intervening winter holidays.

Once the Court issues a decision on either an order to show cause or motion to remand, if it does not remand this action to state court, the Parties will require time to evaluate and respond to the remaining arguments raised in Defendant's motion to dismiss. The case remains in its earliest stages. This is the second request for an extension, in light of Plaintiff's intention to seek a remand of this action to state court, and granting this extension will allow the Court to decide the threshold issue of whether remand is appropriate and then allow the Parties adequate time to evaluate the allegations and legal issues presented in the pending motion to dismiss.

STIPULATED this October 29, 2026.

Dated: October 29, 2026

*/s/ Meegan B. Brooks*

Meegan B. Brooks, WSBA No. 62516
BALLARD SPAHR LLP
One Front Street, Floor 26
San Francisco, CA 94111
Telephone: 415.318.2772
brooksm@ballardspahr.com

*Attorneys for Defendant NewsBank, Inc. d/b/a GenealogyBank*

Dated: October 29, 2026

*/s/ Jonas B. Jacobson*

Jonas B. Jacobson (WSBA No. 62890)
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: +1.310.656.7066
Facsimile: +1.310.656.7069
jonas@dovel.com

Cody Hoesly (WSBA No. 41190)
**BARG SINGER HOESLY PC**
1000 SW Broadway, Suite 900
Portland, OR 97205

Telephone: +1.503.241.3311
choesly@bargsinger.com

*Attorneys for Plaintiff Barbara Eddy and the Proposed Class*

**[~~PROPOSED~~] ORDER**

Having considered the Parties' Stipulated Motion Regarding Remand Briefing and Motion to Dismiss Deadlines, the requested relief is GRANTED.

IT IS SO ORDERED.

Dated this 29th day of October 2026.

By: ______________________________
The Honorable Tana Lin
United States District Judge

Presented by:
*<u>/s/ Meegan B. Brooks</u>*
Meegan B. Brooks, WSBA No. 62516
BALLARD SPAHR LLP
One Front Street, Floor 26
San Francisco, CA 94111
Telephone: 415.318.2772
brooksm@ballardspahr.com
*Attorneys for Defendant NewsBank, Inc. d/b/a GenealogyBank*

*<u>/s/ Jonas B. Jacobson</u>*
Jonas B. Jacobson (WSBA No. 62890)
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: +1.310.656.7066
Facsimile: +1.310.656.7069
jonas@dovel.com

Cody Hoesly (WSBA No. 41190)
**BARG SINGER HOESLY PC**
1000 SW Broadway, Suite 900
Portland, OR 97205
Telephone: +1.503.241.3311
choesly@bargsinger.com
*Attorneys for Plaintiff Barbara Eddy and the Proposed Class*